**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8008

SAMUEL L. COIL,

             Plaintiff - Appellant,

        v.

HUBERT PETERKIN, Hoke County Sheriff; JACKIE BREWINGTON,
Captain, Chief Jailer/Administrator Hoke County; BARBRA
MCDUFFIE, Lt. Asst./Administrator Hoke County,

             Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Winston-Salem.  William L.
Osteen, Jr., District Judge. (1:07-cv-00145-WO-WWD)

Submitted:  October 6, 2010        Decided:  November 12, 2010

Before NIEMEYER and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel L. Coil, Appellant Pro Se.  Robert T. Numbers, II,
WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel L. Coil appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Coil v. Peterkin, No. 1:07-cv-00145-WO-WWD (M.D.N.C. Oct. 5, 2009). We deny Coil's motions for appointment of counsel and for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED